# MINUTES OF CHAPTER 13 § 341 (a) MEETINGS OF CREDITORS
## (AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS)

CASE # __13-70604__ (JAD)/TPA/GLT   Date of Meeting: __10/8/13__

Debtor(s): __TROWBRIDGE__ (Recording # __3__)
Debtor(s) present __X__ or Not Present ____ (__ No Payments Made or ___ partial payments)
Attorney for debtor(s) __VAPORIS__ (Present __X__ or Not Present ____)
Date of Plan at § 341: __8/20/13__

__✓__ Photo ID and Proof of SSN displayed by debtor(s) and reviewed
__✓__ Name and Address verified on record
__>M__ Counsel for debtor(s) submitted documentation showing how the debtor's current monthly income and disposable income have been computed.
The plan's compliance with LAT __✓__ BE _____ reviewed
__N/A__ Debtor's § 341 Statement submitted and verified
__✓__ Copy of most recent year's federal income tax return received by Trustee
__yes__ Past 4 years tax returns filed or _____ not all filed, meeting to be held open and continued to date set forth below, for the following returns:
_____
__No__ (Y/N) DSO obligation? If yes, (H) _____ or (W) _____
__No__ Prior Ch. 7 discharge in past 4 years or __No__ Ch. 13 discharge in past 2 years?
Additional Notes:
File contained no Inquiry Rpt.

__X__ Meeting held and Closed
____ Meeting held but continued (not closed)
____ Rescheduling by Clerk requested
____ Continued by Trustee to: __/__/____ @ __:__ (this is a 341 meeting day, OR ____ in conjunction with the conciliation conference shown below)
____ Meeting not held: ____ Rule to Show Cause Order Requested
____ Rescheduling by Clerk Requested
____ Trustee/Debtor(s) request ____ Dismissal/ ____ Conversion to Chapter 7
____ Confirmation Order submitted ( ____ Final or ____ Interim Basis)
__X__ Conciliation Conference scheduled for __1/16/14__ @ __10:30__
____ Contested confirmation hearing scheduled for __/__/____ @ __:__
in Courtroom _____
Amended Plan due __11/15/13__, Objections due __11/29/13__

_____
Trustee/Attorney for Trustee